**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2021

## NICOLINI, PARADISE, FERRETTI & SABELLA, PLLC
### COUNSELORS AT LAW
114 OLD COUNTRY ROAD - STE. 500
MINEOLA, NEW YORK 11501-9006
PHONE: (516) 741-6355
FAX: (516) 741-2798
EMAIL: general@npfslaw.com

VINCENT J. PARADISE
ANTHONY J. NICOLINI (1935-2004)
JOHN R. FERRETTI
VINCE A. SABELLA
JOHN J. NICOLINI

FRANCIS J. AMMENDOLEA
MARY R. DEWAN
MARY-KATHERINE MURRAY
JOSEPH T. DARR
ANTHONY ABRUSCATI
SONAL PARMAR
DAVID H. KNEL
PETER T. CONNOR

JOHN FERRETTI JR.
CATHERINE CAVANAGH
SANDRA J. LEPORIN
MICHAEL VISTA
NEIL KHANI

OFFICE MANAGER
CATHERINE FIORITO

LEGAL ASSISTANTS
ELIZABETH MONTELEONE
CHRISTINA ALBERGO
JENNIFER VARADI

OF COUNSEL
JO-ELLEN PARADISE HOLBROOK

July 15, 2021

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Attn: Hon. Justice Valerie E. Caproni

Re:   State Farm (Pizarro) v. United States of America
      D/A:              10/22/2019
      Our File No.:     S21-0005LM
      Index No.:        21-cv-04753

Dear Justice Caproni:

We represent the plaintiff in the above referenced matter, which is scheduled for an Initial Pretrial Conference on July 23, 2021. The defendant has not yet appeared and at this time we ask respectfully if this matter can be adjourned to a date convenient to the Court to allow the defendant time to serve its Answer.

Thank you for your cooperation in this matter.

Very truly yours,
NICOLINI, PARADISE, FERRETTI & SABELLA

By: Joseph T. Darr

JTD/ca
Note: *Please use our file number when referring to this matter.*

Application GRANTED.

The initial pre-trial conference, currently scheduled for Friday, July 23, 2021 at 11:30 A.M., is adjourned to **Friday, September 10, 2021**.  Pre-conference submissions are due no later than **Thursday, September 2, 2021**.  For the conference dial in information and a description of the pre-conference submission requirements, the parties should consult the Court's order at docket entry 4.

SO ORDERED.

Date: July 19, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE